NO. 07-01-0297-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

FEBRUARY 5, 2002

______________________________

DIGITAL PRESS, INC., APPELLANT

V.

PHIL FLOWERS, APPELLEE

_________________________________

FROM THE COUNTY CIVIL COURT AT LAW NO. 4 OF HARRIS COUNTY;

NO. 706,596; HONORABLE CYNTHIA CROWE, JUDGE

_______________________________

Before BOYD, C.J., and REAVIS and JOHNSON, JJ.

DISMISSAL

By letter dated January 14, 2002, this Court directed Mr. Billy Strahan, President  of Digital Press, Inc.,
(footnote: 1) to provide proof within 10 days that either payment or satisfactory arrangements for payment for the reporter’s record had been made, explaining that failure to do so might result in dismissal of this appeal.  
See
 Tex. R. App. P. 37.3(a)(1). Mr. Strahan did not respond and the reporter’s record remains outstanding.  

On July 26, 2001, Court Reporter Karen S. Field, indicated that partial payment for the reporter’s record had been made, but moved for an extension of time in which to file the record.  Since then a total of five extensions of time have been granted in which to file the record.  Upon withdrawal from this appeal, Mr. Strahan’s former counsel notified him by letter dated September 26, 2001, that $475 remained unpaid on the record and that it was his responsibility to remit that amount.  

Accordingly, we now dismiss this appeal for failure to comply with this Court’s directive.  
See
 Tex. R. App. P. 42.3(c).

Don H. Reavis

    Justice

Do not publish.

FOOTNOTES
1:
Counsel for Digital Press, Inc. was permitted to withdraw from this appeal on September 19, 2001.